928

No. 89–7210. DEMOS v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON (two cases). C. A. 9th Cir. Certiorari denied.

No. 89–7222. CALLIS v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 89–7223. ANDERSON v. MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY. C. A. 6th Cir. Certiorari denied.

No. 89–7224. DOWNS v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 89–7225. BROWN v. HUGHES ET AL. C. A. 11th Cir. Certiorari denied.

No. 89–7226. COOPER v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 89–7229. QUINTANILLA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 89–7230. PERVELER v. SAN LUIS OBISPO COUNTY SUPERIOR COURT. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 89–7232. RITZIE v. CITY UNIVERSITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 89–7233. TURNER v. KIRKLAND ET AL. C. A. 10th Cir. Certiorari denied.

No. 89–7235. PETERSON v. TANSY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 89–7239. AMIRI v. DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Certiorari denied.

No. 89–7250. WILEY v. McGRIFF. Ct. App. Ind. Certiorari denied.

No. 89–7258. SCOTT v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.